# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2021

## NO.  03-19-00820-CV

**St. David's Healthcare Partnership, LP; St. David's Healthcare Partnership, LP, LLP; Round Rock Hospital, Inc.; St. David's Healthcare System, Inc.; St. David's Partnership, LP, LLP; and St. David's Medical Center, Appellants**

**v.**

**Kristi Elaine Fuller f/k/a Kristi Elaine Baezetero, Appellee**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on October 28, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order.  Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.